# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| ZHILMA CALUILLO, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:21-cv-00185-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 11, 2022 Order of Remand.

July 11, 2022

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court